IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT N. COGBURN, JR., | No. CIV S-09-0621-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On August 8, 2009, the court directed plaintiff to show cause why this action should not be dismissed for failure to inform the court regarding consent to Magistrate Judge jurisdiction.  On August 10, 2009, plaintiff filed his consent election form.  The order to show cause is, therefore, discharged.

IT IS SO ORDERED.

DATED: August 18, 2009

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1